IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

GARY APPLE                                                                    PLAINTIFF

     v.                              CIVIL NO. 08-3004

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                   DEFENDANT

## **J U D G M E N T**

     For reasons stated in a memorandum opinion of this date, we hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

     If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

     IT IS SO ORDERED AND ADJUDGED this 8th day of January 2009.

                                                                  /s/ *J. Marschewski*
                                                                HON. JAMES R. MARSCHEWSKI
                                                                UNITED STATES MAGISTRATE JUDGE